UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


KENNETH F. CARVER                    )
                                     )
v.                                   )          No. 3:06-0875
                                     )          JUDGE HAYNES
UNUM LIFE INSURANCE COMPANY OF  )
AMERICA, ET AL.                      )


                        O R D E R


        The above-styled case having been closed, it is hereby ORDERED

that:

        (x )  The party or parties who submitted material <u>under</u> seal
              (Docket Entry No. 36) shall retrieve the same within ten
              (10) days of the date of entry of this Order on the
              docket.  If the material is not retrieved within the time
              specified, the Clerk is directed to destroy the material.

        (  )  The Clerk is directed to unseal the attached material and
              make them part of the record.

        (  )  The Clerk is directed to shred the attached sealed
              material.

        (  )  The Clerk is directed to maintain the attached material
              <u>under</u> <u>seal</u>.




                              WILLIAM J. HAYNES, JR.
                              UNITED STATES DISTRICT JUDGE
                              9-29-10